IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JEFFREY SCANNICCHIO,

Petitioner,

v.

DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR
VEHICLES,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3365

Opinion filed April 6, 2017.

Petition for Writ of Certiorari.

David M. Robbins and Susan Z. Cohen of Epstein & Robbins, Jacksonville, for Petitioner.

Jason Helfant, Senior Assistant General Counsel, Department of Highway Safety and Motor Vehicles, Lake Worth, for Respondent.

PER CURIAM.

DENIED.

OSTERHAUS, BILBREY, and WINOKUR, JJ., CONCUR.